**Dismiss and Opinion Filed July 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01356-CV

### STEVE HENSON, M.D., AND DAVID K. HENSON, Appellants
### V.
### GRUBER HURST JOHANSEN HAIL SHANK, LLP, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00553**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Brown and Stoddart
Opinion by Justice Stoddart

Appellants' brief was due March 7, 2015. By letter dated March 10, 2015, the Court notified appellants that their brief was overdue. We directed appellants to file, within ten days, their brief and an extension motion. To date, appellants have neither filed a brief nor communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c).

/Craig Stoddart/
CRAIG STODDART
JUSTICE

141356F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STEVE HENSON, M.D. AND DAVID K. HENSON, Appellants

No. 05-14-01356-CV        V.

GRUBER HURST JOHANSEN HAIL SHANK, LLP, Appellee

On Appeal from the 134th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-00553.
Opinion delivered by Justice Stoddart, Chief Justice Wright and Justice Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee Gruber Hurst Johansen Hail Shank, LLP recover its costs of this appeal from appellants Steve Henson, M.D. And David K. Henson.

Judgment entered this 30th day of July, 2015.